# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

LIANG ZHENG,                                     )
                                                 )
                        Petitioner,              )
                                                 )
v.                                               )          Case No. CIV-26-166-PRW
                                                 )
TODD LYONS, et al.,                              )
                                                 )
                        Respondents.             )

## ORDER

Before this Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1), challenging his ongoing detention by U.S. Immigration and Customs Enforcement as unlawful and unconstitutional. On June 10, 2026, Respondents filed a Notice (Dkt. 11), stating that Petitioner has agreed to voluntarily depart the United States by July 3, 2026. Accordingly, the Court **ORDERS** the parties to file a notice, on or before July 20, 2026, advising whether the Petition (Dkt. 1) is now moot.

**IT IS SO ORDERED** this 13th day of July 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1