**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LIAN ZHENG,<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-00166-PRW |

## ORDER

Before this Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). On July 20, 2026, Respondents filed a Notice (Dkt. 13) informing the Court that Petitioner has been released from Respondents' custody and has departed the United States, thus rendering this action moot.

Accordingly, the Petition (Dkt. 1) is **DENIED AS MOOT**. A separate judgment will follow.

**IT IS SO ORDERED** this 26th day of August 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE